IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAMES SCHREIBER, JR., and BRENDA SCHREIBER | * | |
| | * | |
| | * | Case: 5:23-CV-00155-MTT |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| JAMIE "JAMES" P. KEY, | * | |
| | * | |
| Defendant, | * | |
| | * | |
| v. | * | |
| | * | |
| W&A ENGINEERING, LLC, | * | |
| CONNER GRADING & | * | |
| LANDSCAPING, INC., and | * | |
| HOLDER CONSTRUCTION & | * | |
| DEMOLITION, LLC | * | |
| | * | |
| Third-Party Defendants | * | |

---

**DEFENDANT'S TRIAL BRIEF
IN OBJECTION TO PROPOSED JURY INSTRUCTION #24**

Defendant Jamie Key objects to jury charge #24, as written in Judge Treadwell's "Jury

Charges with instructions with headings v2", specifically the paragraph, "If you find from a

preponderance of the evidence that Plaintiffs will incur costs to repair property that they have the

right to use, and that such repair costs were proximately caused by Defendant, then Plaintiffs may

recover those repair costs." And propose in its stead, "If you find from a preponderance of the

evidence that Plaintiffs will incur costs to repair property that they *own or possess to the exclusion

of others*, and that such repair costs were proximately caused by Defendant, then Plaintiffs may

recover those repair costs.

This request is based upon the law case history of trespass, nuisance and negligence claims

as summarized by *Foley Commons Prop. Owners Ass'n, Inc. v. Kramarich*, 366 Ga.App. 236, 880 S.E.2d 611 (Ga. App. 2022), which states "Regardless of whether any rights Kramarich may have to the disputed part of the alleyway are in the nature of an easement, Foley lacks standing to challenge any such rights *absent the authority to exclude others therefrom. … Equitable Life Assur. Society v. Tinsley Mill Village* , 249 Ga. 769, 770, 771 (2), 294 S.E.2d 495 (1982) (concluding that an unincorporated association lacked standing to bring an action for negligent construction and maintenance of culverts and injunctions prohibiting others from maintaining a nuisance and developing any upstream properties, because the association had "shown no right of possession to any of the property claimed to have been damaged"); *Moses v. Traton Corp.* , 286 Ga. App. 843, 844-845 (1)-(2), 650 S.E.2d 353 (2007)  (concluding that the plaintiff in a trespass action lacked standing because: (i) his interest in the property was *"not one whereby he [could] assert that he possesse[d] the land to the exclusion of others*"; and (ii) "the subject property [was] not within the lot described in [his] deed") (emphasis added)

Since the disputed language is more of a fact specific charge as discussed in court, the charge as worded states as law that the Plaintiffs would be entitled to repair costs for merely having a right to use property, which under the cases would not even give standing. In the course of the trial, the only repair damage that is being alleged is the dredging of the cove, which there is no evidence that they are able to use to the exclusion of others.

All cases put forth by the Plaintiffs as a basis for that charge involve full ownership of land. Nothing in those cases stands for the principal that a Plaintiff can recover costs to repair property that they merely have the right to use.

WHEREFORE, Defendant respectfully requests the Court grant this motion and deny the jury charge as written.

Respectfully submitted this 10th day of February, 2026.

TIMOTHY F SANDERS ATTORNEY AT LAW PC

By:＿＿/s/Timothy F. Sanders＿＿＿＿＿＿＿＿＿＿＿＿

Timothy F. Sanders
Georgia Bar Number 625828
Attorney for Defendant

**TIMOTHY F. SANDERS, ATTORNEY AT LAW, PC**
3651 Mars Hill Rd., Ste 500-A
Watkinsville, Georgia 30677
(706) 534-3635
timothyfsanders@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by filing through the CM/ECF system, which will provide an electronic notice to the following:

Jon Schwartz
Law Office of Jon Schwartz
1100 Peachtree Street, NE, Suite 200
Atlanta, Georgia 30309
Jon.schwartz@mac.com
Attorney for Plaintiffs

Brian S. Spitler
Copeland, Stair, Valz & Lovell
735 Broad Street, Suite 1100
Chattanooga, TN 37402
bspitler@csvl.law
Attorney for W & A Engineering

Kevin A. Wangerin
Bullard, Wangerin & Corbett, LLP
4077 Forsyth Road, 2nd Floor
P.O. Box 28107
Macon, Georgia 31221
wangerink@aol.com
Attorney for Conner Grading and Landscaping, LLC

TIMOTHY F SANDERS ATTORNEY AT LAW PC


By:___/s/Timothy F. Sanders_____
        Timothy F. Sanders
        Georgia Bar Number 625828
        Attorney for Defendant

**TIMOTHY F. SANDERS, ATTORNEY AT LAW, PC**
3651 Mars Hill Rd., Ste 500-A
Watkinsville, Georgia 30677
(706) 534-3635
Ga. Bar No. 625828
timothyfsanders@gmail.com