IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRENDA SCHREIBER, *et al.*,            )
                                        )
       Plaintiffs,              )
                                        )          155 KT
  v.                                    )   CIVIL ACTION NO. 5:23-cv-461 (MTT)
                                        )
JAMIE P. KEY,                          )
                                        )
       Defendant.               )
_____)

## VERDICT FORM

### A. CLEAN WATER ACT

**Do you find by a preponderance of the evidence:**

1. That any pollutant from the Crooked Creek construction site was discharged into a water of the United States?

    \_\_\_Yes.

    ✓ No.

If you answered "no", this ends your deliberations as to the Clean Water Act claim. Proceed to Section B. If you answered "yes", proceed to the next question.

2. That the Defendant violated the General Permit?

    \_\_\_Yes.

    \_\_\_No.

If you answered "no" to question A-2, proceed to question A-3. If you answered "yes", place a mark next to each permit violation:

_____ Failed to install sediment-storage basins with at least 67 cubic yards of storage per acre drained from on-site disturbed areas, or equivalent control measures.

_____ Failed to install sediment traps with a principal flow path that had a length to width ratio greater than 2:1 to maximize stormwater residence time.

_____ Failed to have the design professional who prepared the ES&PC Plan inspect the sediment storage and perimeter control requirements after installation to determine if they were installed as designed.

_____ Failed to prepare a hydrology study to compare the pre- and post-development runoff volumes and peak flow discharge rates.

_____ Failed to install marked stakes at the sediment trap's rock outlet, so site operators knew when to remove accumulated sediment.

_____ Failed to remove sediment from the sediment traps to restore their original design storage volume.

_____ Maintained the sediment traps past their one-year life span.

_____ Failed to install diversion channels two-feet wide by three-feet high to convey all stormwater from the Crooked Creek construction site to the sediment traps.

_____ Installed storm drain inlets and culverts so that stormwater bypasses the sediment traps, in violation of the approved ES&PC Plan.

_____ Failed to stabilize exposed soils with vegetation.

_____ Failed to have certified personnel (someone who successfully completed a course approved by the Georgia Soil and Water Conservation Commission) inspect the site at least once every seven days and after every storm with at least a half inch of rain.

_____ Failed to collect stormwater samples from the outfalls below the sediment traps during each rain event that reached at least one-half inch during normal business hours.

_____ Failed to submit sampling results to Georgia Environmental Protection Division.

_____   Stormwater was discharged from disturbed areas where BMPs were not properly designed, installed, or maintained, resulting in the turbidity of receiving water being increased by over 25 nephelometric turbidity units (ntu).

_____   Stormwater exceeding 75 nephelometric turbidity units (ntu) was discharged from disturbed areas where BMPs were not properly designed, installed, or maintained

3. That the Crooked Creek construction site met the criteria for submitting a Notice of Termination on May 24, 2023?

____Yes.

____No.

If you answered "no" to question A-3, this ends your deliberations as to the Clean Water Act claim. Proceed to Section B. If you answered "yes", please answer the following question:

4. Do you find that any pollutant from the Crooked Creek construction site was discharged into a water of the United States without a NPDES permit after May 24, 2023?

____Yes.

____No.

## B. STATE LAW CLAIMS

**Do you find by a preponderance of the evidence:**

1. That the Defendant created or maintained a nuisance that caused hurt, inconvenience, or damage to the Plaintiffs or their property?

____Yes.

__✓__No.

- 3 -

2. That the Defendant trespassed and caused damage to the Plaintiffs' property or interfered with their property rights?

    \_\_\_Yes.

    ✓ No.

3. That the Defendant was negligent, and that such negligence caused harm to the Plaintiffs or their property?

    \_\_\_Yes.

    ✓ No.

If you answered "yes" to B-1, or B-2, or B-3, please answer the following:

4. Having found for Plaintiffs on one or more of their state law claims, we award the Plaintiffs:

    $_____ for the cost of dredging; and

    $_____ for the loss of use and enjoyment of their property.

## C. LITIGATION EXPENSES

If you answered "yes" to B-1, or B-2, or B-3, please answer the following question:

**Do you find by a preponderance of the evidence:**

1. That the Defendant acted in bad faith, was stubbornly litigious, or caused the Plaintiffs unnecessary trouble and expense?

    \_\_\_Yes.

    \_\_\_No.

If you answered "yes" to D-1, please answer the following:

2. We find for the Plaintiffs on their claim for expenses of litigation on their state law claims, and award $_____ as compensation for the expenses of litigation on their State law claims.

### D. PUNITIVE DAMAGES

If you answered "yes" to B-1, or B-2, or B-3, please answer the following:

1. Do you find by clear and convincing evidence that the actions or inactions of the Defendant demonstrated willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to the consequences of those actions?

\_\_\_Yes.

\_\_\_No.

This ends your deliberations. The foreperson should sign and date this verdict form.

This _13TH_ day of February, 2026.

- 5 -