IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRENDA SCHREIBER, et al. , | * |
| Plaintiffs, | * |
| v. | Case No.  5:23-CV-155 (MTT) |
| | * |
| JAMIE P. KEY, at al. , | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the jury verdict dated February 13, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant Key.  Pursuant to this Court's Order dated July 29, 2025, and the jury verdict, third-party claims are dismissed.  Defendant shall recover costs of this action.

This 17th day of February, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk